John GRIFFIN, respt., v. Chas. H. ARMSTED, impleaded, etc, applt. (Supreme Court, Appellate Division, Fourth Department. Jan-

uary 22, 1916.) Order reversed with $10 costs and disbursements and motion denied. Held: It appears from the interlocutory judgment and the decision or order therefor, that there was a trial of the issue of law. Costs as of a trial were, therefore, taxable even if the trial was had at a term not appointed for trials. All concur.